IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                 CHAPTER 13 CASE
                                                                                          NO. 14-30492-DHW

**JAMES E. MINOR,**

      Debtor.

STATE OF ALABAMA
COUNTY OF ETOWAH

---

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURCH ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Application to Employ Professional Persons

---

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor desires to retain Thomas J. Duff of the Law Office of Duff Law Firm, P.L.C. in Des Moines, Polk County, Iowa, for the specific purpose of recovering damages arising out of a cause of action filed by the debtor against PILOT TRAVEL CENTERS LLC. This cause of action is in the nature of a personal injury. This attorney was previously retained by the Debtor.

I, Thomas J. Duff, am duly licensed to practice law in the State of Iowa.

I, Thomas J. Duff, was initially employed by the debtor to represent him/her and am familiar with the facts and legal issues involved in the case.

I, Thomas J. Duff, do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by Thomas J. Duff in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. I, Thomas J. Duff, have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with Thomas J. Duff for representation regarding the cause of action. The terms of the contract include contingency fee agreement, plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: Philip E. Miles. The attorney understands he must make application to the Court for approval of his fees and expenses. However, if there is no recovery, Thomas J. Duff acknowledges that the bankruptcy estate of James E. Minor shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of Thomas J. Duff to represent the estate in the cause of action filed by the Debtor. Upon settlement or completion of the cause of action, Thomas J.

Duff will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of <u>The Bankruptcy Rules of Procedure</u>.

Respectfully submitted this 23rd day of February 2015.

*/s/ Thomas J. Duff*
THOMAS J. DUFF
DUFF LAW FIRM, P.L.C.
The Griffin Building
319 Seventh Street, Suite 600
Des Moines, Iowa 50309
Telephone: (515) 283-1111
Fax: (515) 282-0477
Email: tom@tdufflaw.com

## CERTIFICATE OF SERVICE

I, Thomas J. Duff, certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 23rd day of February 2015.

*/s/ Thomas J. Duff*
Thomas J. Duff

James Minor
1060 Countryside Lane
Montgomery, AL 36117

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL 36104

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                           CHAPTER 13 CASE
                                                                NO. 14-30492-DHW

**JAMES E. MINOR,**

    **Debtor.**

STATE OF ALABAMA
COUNTY OF ETOWAH

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

Before me the undersigned authority, a notary public, in and for said state and county, personally appeared Thomas J. Duff, who, being duly sworn by me, deposes and says under oath as follows:

My name is Thomas J. Duff. I am presently affiliated with Duff Law Firm, P.L.C. whose office is located at 319 Seventh Street, Suite 600, Des Moines, Iowa 50309. I am an attorney duly admitted to the practice of law in the State of Iowa. I was engaged by the debtor to represent him regarding a cause of action against PILOT TRAVEL CENTERS LLC October 30, 2012. The terms of my representation with the debtor are for compensation on a contingency fee basis plus reimbursement of out-of-pocket expenses. However, if there is no recovery, the undersigned acknowledges the bankruptcy estate of James E, Minor shall not be responsible for payment of any attorneys fees or for the reimbursement of any out-of-pocket expenses. To date, I have not received any compensation from the debtor or any other entity in connection with my representation. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: Philip E. Miles.

I do not represent or hold any interest adverse to the debtor or the estate with respect to the matter upon which I am seeking to be employed.

I have no connection with the Trustee, creditors, Bankruptcy Administrator, or any other parties in interest, the debtor, or their respective attorneys, other than with the representation of the debtor in the lawsuit for which I am applying for my employment as a professional person for this specific purpose.

The facts as stated herein are true and correct in all cases where I have personal knowledge and other remaining facts and opinions are true and correct according to the best of my knowledge, information and belief. I understand that upon completion of this case, by settlement or otherwise, that I must make separate application for the approval of any settlements recovered on behalf of the debtor and/or the estate pursuant to LBR 9007-1. I also understand that I must make a separate application for the approval of my fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

_____
Thomas J. Duff

**STATE OF IOWA**
**COUNTY OF POLK**

(Seal)

Sworn to and submitted before me on this the 23rd day of February, 2015.



_____
Notary Public
My Commission expires: 10/2/15